

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

JASON CONTRERAS
Assistant Attorney General
General Litigation Division

FAX: (512) 320-0667
Jason.Contreras@texasattorneygeneral.gov

May 11, 2015

ATTN: Keith E. Hottle, Clerk of the Court
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

RE:    Court of Appeals Number: 04-14-00922-CV
        Trial Court Case Number: 2010-CI-12625
        Style: *John E. Rodarte v. Texas Department of Family and Protective Service*

Dear Mr. Hottle:

We would like to request that you please send use the entire record on appeal in the above referenced case so that we can file our Appellee's brief in this matter. Please forward it overnight to Texas Attorney General's Office, ATTN: JASON T. CONTRERAS, 300 West 15th Street, 11th Floor, Austin, Texas 78701, 512-463-2120. Our Federal Express number is 1751-1256-1. If the record is available electronically, please email to my legal assistant, Katrina Shanks at Katrina.Shanks@texasattorneygeneral.gov

Thank you for your prompt cooperation in this matter.

Regards,

*/s/ Jason Contreras*
Jason Contreras
Assistant Attorney General

cc:    Client



019



**ATTORNEY GENERAL OF TEXAS**

GREG ABBOTT
POST OFFICE BOX 12548
AUSTIN TEXAS 78711-2548

*Return Service Requested*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

neopost
05/11/2015
US POSTAGE $000.40⁶

FIRST-CLASS MAIL
AUTO

ZIP 78701
041L122030080

ATTN KEITH E. HOTTLE
CLERK OF THE COURT
FOURTH COURT OF APPEALS
300 DOLOROSA STE 3200
SAN ANTONIO TX 78205-3037

REQUEST FOR RECORD ON APPEAL

47 CMETH3B 78205